**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TEMITOPE BRANCO,

                              Plaintiff,

        -against-

DOUG COLLINS, Secretary, U.S. Department of
Veterans Affairs,

                              Defendant.
-----------------------------------------------------------------X

**ORDER**
26-CV-02599(ST)

**TISCIONE, Magistrate Judge:**

Upon review, the application to proceed *in forma pauperis* at DE 2 is GRANTED and the Court ORDERS service of the summons and complaint by the United States Marshals Service ("USMS") pursuant to 28 U.S.C. § 1915(d) forthwith.   The Clerk of the Court shall issue a summons for the defendant and shall forward the summons and a copy of the complaint to the USMS.   The USMS shall promptly file a return of service.   The Clerk of the Court shall also mail a copy of this Order to the Plaintiff at her address of record and shall note such mailing on the docket.

**SO ORDERED.**

                                           **s/**

**Dated: Central Islip, New York**            **STEVEN L. TISCIONE**
      **May 7, 2026**            **UNITED STATES MAGISTRATE JUDGE**